IN RE ESTATE OF NANCY JANE MCCABE.
IDA C. JONES, APPELLANT, V. GRANT MCCABE ET AL., APPELLEES.

FILED NOVEMBER 8, 1929. No. 26663.

J. P. Baldwin and J. L. Richards, for appellant.

W. E. Goodhue, Heasty, Barnes & Rain, Hoagland &. Carr and Harvey W. Hess, contra.

Heard before Goss, C. J., Rose, Dean, Good, Thompson, Eberly and Day, JJ.

Per Curiam.

This is an appeal by Ida C. Jones, proponent of the will of Nancy Jane McCabe, from a judgment of the district court for Thayer county denying admission of the will to probate.

We have carefully considered the record and briefs filed and find that the record is without prejudicial error. The judgment of the district court is therefore

AFFIRMED.